\*\* E-Filed 5/3/10\*\*

Larry W. McFarland (Bar No. 129668)
E-Mail: lmcfarland@kmwlaw.com
Dennis Wilson (Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
Christopher T. Varas (Bar No. 257080)
E-Mail: cvaras@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California  90212
Telephone:  (310) 248-3830
Facsimile:  (310) 860-0363

Attorneys for Plaintiff
ZYNGA GAME NETWORK INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK INC., a Delaware Corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>HARRY ZULYANTO, an individual, and JOHN DOES 2-5,<br><br>                    Defendants. | **CASE NO.  CV:09-5232 JF (PVT)**<br><br>**ORDER GRANTING ZYNGA'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>**[Re: Dkt. No. 11]** |

THE COURT, having considered Plaintiff Zynga Game Network Inc.'s ("Zynga's") administrative motion for leave to file its Second Amended Complaint, and having considered the supporting declaration of Christopher Varas, the proposed Second Amended Complaint filed by Zynga concurrently with its motion, and all other pleadings and matters on file in this case, and finding good cause therefor, hereby GRANTS Zynga's motion.

IT IS HEREBY ORDERED that Zynga is granted leave to file its Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

IT IS SO ORDERED

ENTERED THIS _3rd___ DAY OF _May_____, 2010

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE