Larry W. McFarland (Bar No. 129668)
E-Mail:  lmcfarland@kmwlaw.com
Dennis L. Wilson (Bar No. 155407)
E-Mail:  dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail:  dcaplan@kmwlaw.com
Christopher T. Varas (Bar No. 257080)
E-Mail:  cvaras@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California  90212
Telephone:  (310) 248-3830
Facsimile:  (310) 860-0363

Attorneys for Plaintiff
ZYNGA GAME NETWORK INC.

**E-Filed 7/8/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK INC.,<br><br>                      Plaintiff,<br><br>           v.<br><br>HARRY ZULYANTO, AN INDIVIDUAL, AND JOHN DOES 2-5,<br><br>                      Defendants. | **CASE NO. CV-09:5232 JF (PVT)**<br><br>**[PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE** |

1  THE COURT, having considered Plaintiff Zynga Game Network Inc.'s ("Zynga's")
2  Administrative Motion to Continue or Vacate Case Management Conference ("Motion"), the
3  supporting declaration of Christopher Varas, and all other pleadings on file in this matter, hereby
4  GRANTS Zynga's Motion.  It is hereby ORDERED that the Initial Case Management Conference in
5  this matter is:
6  _____ VACATED.
7  \_\_X\_\_ CONTINUED until October 15, 2010 at 10:30 a.m.
8  All other deadlines related to the Case Management Conference are hereby adjusted accordingly.

11  IT IS SO ORDERED.

13  ENTERED THIS \_7th\_ DAY OF \_\_July\_\_\_\_, 2010

_____
The Honorable Jeremy Fogel,
United States District Court Judge

- 1 -   CASE NO. CV-09:5232 JF (PVT)
[PROPOSED] ORDER REGARDING CASE
MANAGEMENT CONFERENCE